UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES WILLIAM KIRK,<br><br>                    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C16-5419-TSZ<br><br>**ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, docket no. 16, recommending that the parties' stipulated motion for remand, docket no. 15, be granted, hereby **ORDERS**:

(1)   The Report and Recommendation is **ADOPTED**.

(2)   The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3)   The Clerk shall send copies of this Order to the parties and enter judgment accordingly.

DATED this 1st day of November, 2016.

Thomas S. Zilly
United States District Judge